UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:12-CR-15-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARK DAVIS and | ) | |
| LAWANDA RAGLAND | ) | |

Before the Court for consideration is a Notice regarding scheduling of the trial date and pre-trial motions deadlines in the above-captioned matter. It appears to the Court that all parties consent to the trial date and pre-trial motions deadline as set forth therein.

It is therefore ORDERED that the trial in this matter is set for SEPTEMBER 9, 2013. All pre-trial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16 and 41 of the Federal Rules of Criminal Procedure shall be filed no later than AUGUST 26, 2013. Responses to pre-trial motions shall be filed no later than SEPTEMBER 3, 2013. All remaining deadlines shall be as set forth in the Court's June 14, 2013 Order. (D.E. 115.)

This the 21st day of August, 2013.

Hon. Louise W. Flanagan
United States District Judge