UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00015-1FL(4)
NO. 5:12-CR-00015-2FL(4)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARK ANTHONY DAVIS, LAWANDA JOYCE RAGLAND | ) | |

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED, pursuant to Rule 49.1(a) of the Federal Rules of Criminal Procedure, that the parties be allowed to introduce and utilize unredacted documents as exhibits during the trial, regardless of whether such exhibits contain information that must ultimately be redacted pursuant to Rule 49.1. It is FURTHER ORDERED that the party introducing such exhibit provide the Court Clerk with a redacted version at the conclusion of the case for the admission with the unredacted version of the exhibit and alert the Court that the proffered exhibit is covered by Rule 49.1. It is FURTHER ORDERED that such original exhibit will be held under seal by the Court (with the exception that the parties may utilize the original exhibit during the course of the trial) and that the redacted version will be filed for the public record at the conclusion of the case.

SO ORDERED, this 27th day of August, 2013.

LOUISE W. FLANAGAN
United States District Judge