UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:12-CR-15-1FL
Docket No. 5:12-CR-15-2FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| MARK ANTHONY DAVIS | ) | |
| LAWANDA JOYCE RAGLAND | ) | |
| Defendants | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above cases, presently scheduled for Monday, January 7, 2014, in New Bern. These cases are hereby CONTINUED to that term of criminal court commencing on 3/4/2014 at New Bern.

This 17th day of _December_ 2013.

_____
Louise W. Flanagan
U.S. District Judge

**Absent a continuance, this order will constitute the only notice of hearing provided by the court. The court's calendar, which will include more specific date and time of sentencing within the sentencing term, will be available on the court's website approximately three weeks prior to sentencing.**